IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICKEY PRYOR                                                                                          PLAINTIFF

V.                                     NO.  5:09-cv-00392 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                       DEFENDANT

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this date, judgment is entered affirming the final decision of the Commissioner and dismissing Plaintiff's case, with prejudice.

IT IS SO ORDERED this 2nd day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE